**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID ROYBAL,

Plaintiff,

v. No. 1:26-cv-01403-MLG-JHR

PATRICIA ANNIS and AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,

Defendants.

**ORDER ALLOWING SERVICE OF PROCESS ON DEFENDANT PATRICIA ANNIS BY PUBLICATION**

THIS MATTER, having come before the Court on Plaintiff's Motion to Serve Defendant Patricia Annis by Publication, and otherwise being fully advised on the premises, finds that the Motion is well-taken and should be GRANTED.

IT IS HEREBY ORDERED that, pursuant to Rule 1-004(K), Plaintiff may serve Defendant Patricia Annis via publication in the Santa Fe New Mexican, the daily newspaper of general circulation in the area of one of the Defendant's last known whereabouts of Santa Fe, New Mexico; the Las Vegas Review-Journal, the largest daily newspaper in Nevada with a dedicated news section for the area of one of the Defendant's last known mailing addresses in Henderson, Nevada; the Santa Cruz Sentinel, the daily regional newspaper in the area of one the Defendant's last known mailing addresses, Felton, California; and the Arizona Daily Star, the daily newspaper of general circulation in the area of Defendant's last known whereabouts. The proposed notice shall be published in each newspaper once each week for three consecutive weeks. Service by publication shall be complete on the date of the last publication.

HON. JERRY H. RITTER
United States Magistrate Judge